Sidney E. Smith, Respondent, v. Richard T. Post, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted,

with ten dollars costs, on the authority of *Van Mater* v. *Post* (*ante,* p. 111), decided herewith.    Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.